UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

UNITED STATES,

        Plaintiff,

    -against-

ANTHONY BROOKS,

        Defendant.

No. 11 Cr. 206 (LTS)

<u>ORDER</u>

        Defendant Brooks has moved for compassionate release, pursuant to 18 U.S.C. section 3582(c)(1)(A)(i). (Docket Entry No. 41.) The Court, having reviewed the motion and having found that the interests of justice require the appointment of counsel for Defendant Brooks in this matter, hereby appoints Kenneth Montgomery, Esq., as counsel for Defendant Brooks pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

        The Government's response to Defendant Brooks' motion for compassionate release must be filed by **Nov. 13, 2020**. A complete, unredacted courtesy copy must be provided to defense counsel and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov. Any reply must be filed by **Nov. 20, 2020.** The matter will be taken on submission unless the Court directs otherwise.

Medical and other confidential personal information may be redacted from the versions filed on ECF of the parties' submissions. The parties must deliver unredacted copies of any redacted filings to the drop box located in the lobby of the Daniel Patrick Moynihan Courthouse, with a copy of this Order, no later than **Nov. 30, 2020**.

SO ORDERED.

Dated: New York, New York

October 26, 2020

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge