

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 16, 2020

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Anthony Brooks*, 11-CR-206-01 (LTS)

Dear Judge Swain,

    The Government respectfully writes in response to an email from the Court's Chambers on November 16, 2020. On November 13, 2020, the Government filed an opposition to the defendant's motion for compassionate release. The Government's opposition references the defendant's medical records, which the Government separately emailed to Chambers and to counsel for the defendant. Given the sensitivity of the defendant's medical records, the Government respectfully requests that the defendant's medical records be filed under seal.

Respectfully submitted,

AUDREY STRAUS
Acting United States Attorney

by: Brandon D. Harper
Brandon D. Harper
Assistant United States Attorney
Southern District of New York
(212) 637-2209

The request to seal the medical records is granted. DE# 45 resolved.
SO ORDERED.
11/17/2020
/s/ Laura Taylor Swain, USDJ

cc: Kenneth Montgomery, Esq. (via ECF)